IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 CR 252

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GREGORY NEAL HITCH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 6) filed by Jack Stewart. The Motion indicates that Mr. Stewart, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of T. Scott Jones, who the Motion represents as being a member in good standing of the Bar of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 6) and **ADMITS** T. Scott Jones to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 27, 2020

*[Signature]*

W. Carleton Metcalf
United States Magistrate Judge