IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 CR 252

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> GREGORY NEAL HITCH, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

This matter is before the Court regarding Defendant's conditions of release.

At the conclusion of the detention hearing on April 1, 2020, the undersigned found that Defendant should be released on certain conditions. The United States Probation Office has subsequently advised that one of those conditions – standalone GPS electronic monitoring – is not available in the Eastern District of Tennessee, where Defendant resides.

Consequently, the parties are given to and including April 8, 2020 within which to provide any information they deem necessary on the question of whether the electronic monitoring condition should be modified to curfew, home detention, or home incarceration, or removed altogether.

It is so ordered.

Signed: April 1, 2020

W. Carleton Metcalf
United States Magistrate Judge